Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of California

San Francisco Division

**CV** Case No. **19   1341**

*(to be filled in by the Clerk's Office)*

Mark of the Family Stratton

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

42 U.S.C §654(3) ALONE, SEPARATE AND
APART, California Department of Child Support
Services, Director, David Kilgore;
42 U.S.C. §654(3) ALONE, SEPARATE AND
APART, Child Support Services, County of San
Mateo, Director, Kim Cagno;
42 U.S.C. §654(3) ALONE, SEPARATE AND
APART, Oregon Department of Justice, Child
Support Program, Constituent Liaison;
42 U.S.C. §654(3) ALONE, SEPARATE AND
APART, John S Foote, Dist. Attorney for Clackamas
County, Oregon Family Support Division;
45 C.F.R. §75.2 CONTRACTOR Scott Weber, Clark
County, Washington Clerk of the Court
45 C.F.R. §75.2 CONTRACTOR, Neil Taniguchi,
Court Executive Officer, Superior Court of California,
County of San Mateo;
45 C.F.R §75.2 CONTRACTOR, Charlene Depner,
Director, Center for Families, Judicial Council of
California;
45 C.F.R. §75.2 CONTRACTOR Robert Sanchez,
Lead Child Support Attorney, San Mateo Child
Support Services, in his Official and Private capacity;
45 C.F.R. §75.2 CONTRACTOR Eliza Rodriguez,
Child Support Representative, San Mateo Child
Support Services, in her Offical and Private capacity;
45 C.F.R. §75.2 CONTRACTOR Mariana Duenas,
Child Support Representative, San Mateo Child
Support Services, in her Offical and Private capacity

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mark J Stratton |
| Address | 1207 Floribunda Ave., Apt 1 |
| | Burlingame             CA             94010 |
| | *City*             *State*             *Zip Code* |
| County | San Mateo |
| Telephone Number | 650-483-4388 |
| E-Mail Address | first4minutes@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | David Kilgore |
| Job or Title *(if known)* | Director, California Department of Child Support Services |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| Address | 11150 International Drive | | |
| --- | --- | --- | --- |
| | Rancho Cardova | CA | 95670 |
| | *City* | *State* | *Zip Code* |
| County | Sacramento County | | |
| Telephone Number | 866-901-3212 | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| Name | Kim Cagno | | |
| --- | --- | --- | --- |
| Job or Title *(if known)* | Director, Child Support Services, County of San Mateo | | |
| Address | 555 County Center, 2nd Floor | | |
| | Redwood City | CA | 94063 |
| | *City* | *State* | *Zip Code* |
| County | San Mateo County | | |
| Telephone Number | 650-363-1910 | | |
| E-Mail Address *(if known)* | kcagno@smcgov.org | | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| Name | Oregon Department of Justice, Child Support Program | | |
| --- | --- | --- | --- |
| Job or Title *(if known)* | Constituent Liaison | | |
| Address | 1162 Court Street NE | | |
| | Salem | OR | 97301 |
| | *City* | *State* | *Zip Code* |
| County | Marion County | | |
| Telephone Number | 503-986-2518 | | |
| E-Mail Address *(if known)* | tead@doj.state.or.us | | |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| Name | John S Foote | | |
| --- | --- | --- | --- |
| Job or Title *(if known)* | District Attorney, Clackamas County, Oregon Family Support | | |
| Address | 707 Main Street, Suite 324 | | |
| | Oregon City | OR | 97045 |
| | *City* | *State* | *Zip Code* |
| County | Clackamas County | | |
| Telephone Number | 503-655-8469 | | |
| E-Mail Address *(if known)* | | | |

Defendant  No. 5

| | |
|---|---|
| Name | Scott Weber |
| Job or Title (*if known*) | Clark County, Washington Clerk |
| Address | PO Box 5000, Vancouver, WA  98666-5000<br>1200 Franklin Street, Vancouver, WA. 98660 |
| County | Clark County |
| Telephone Number | 564-397-2292 |
| E-Mail (*if known*) | |

X Individual capacity   X Official capacity

Defendant  No. 6

| | |
|---|---|
| Name | Neal Taniguchi |
| Job or Title (*if known*) | Court Exec Officer, Superior Court of California County of San Mateo |
| Address | 400 County Center<br>Redwood City, CA  94063 |
| County | San Mateo County |
| Telephone Number | 650-261-5016 |
| E-Mail (*if known*) | |

X Individual capacity   X Official capacity

Defendant No. 7

| | |
|---|---|
| Name | Charlene Depner |
| Job or Title (*if known*) | Director, Center for Families, and the Judicial Council of California |
| Address | 455 Golden Gate Avenue, 6th Floor |
| | San Francisco, CA  94012 |
| County | San Francisco County |
| Telephone Number | 415-865-7739 |
| E-Mail (*if known*) | cfcc@jud.ca.gov |

X Individual capacity   X Official capacity

Defendant No. 8

| | |
|---|---|
| Name | Robert Sanchez |
| Job or Title (*if known*) | Lead Attorney, San Mateo Child Support Services |
| Address | 555 County Center, FL 2 |
| | Redwood City, CA  94062 |
| County | San Mateo County |
| Telephone Number | 650-363-4797 |
| E-Mail (*if known*) | rsanchez@smcgov.org |

X Individual capacity   X Official capacity

Defendant  No. 9

Name

Eliza Rodriquez

Job or Title (*if known*)

Child Support Representative, San Mateo Child Support Services

Address

555 County Center, FL 2

Redwood City, CA  94062

County

San Mateo County

Telephone Number

650-363-1910

E-Mail (*if known*)

erodriquez@smcgov.org

X Individual capacity   X Official capacity

Defendant  No. 10

Name

Mariana Duenas

Job or Title (*if known*)

Child Support Representative, San Mateo Child Support Services

Address

555 County Center, FL 2

Redwood City, CA  94062

County

San Mateo County

Telephone Number

650-363-1910

E-Mail (*if known*)

mduenas@smcgov.org

X Individual capacity   X Official capacity

☒ Individual capacity      ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) *This is a 42 U.S.C. 1983 action for deprivation of Rights under color of law against 45 C.F.R. 75.2 Contractors masquerading as State and local officials.*

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Article 1. Section 9 Paragraph 3 infliction of a Bill of Attainder.
2. First Amendment forced or compelled association.
3. Fourth Amendment, the Right to be secure and the Right to privacy.
4. Fifth Amendment, double jeopardy, self-incrimination and due process.
5. Sixth Amendment, denial of a trial by jury and the right to counsel.
6. Thirteenth Amendment, involuntary servitude.
7. Fourteenth Amendment, due process and denial of equal protection of law.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Title 42, The Public Health and Welfare, is a non-positive law title. Title 42 is comprised of many individually enacted Federal statutes -- such as the Public Health Service Act and the Social Security Act -- that have been editorially compiled and organized into the title, but the title itself has not been enacted into law. Under 45 C.F.R. §303.107 Requirements for cooperative arrangements. All states must ensure that all cooperative agreements: [c] Specify that the parties will comply with title IV-D of the Act, implementing Federal regulations and any other applicable Federal regulations and requirements.

A. Jurisdiction is proper pursuant to 28 U.S.C. §§1331 and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law. Jurisdiction also exists under the Declaratory Judgment Act, 28 U.S.C. §§2201(a) and 2202.

1. Section 1983 allows wrongdoers to be found liable because they acted under color of statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia. The following evidence facially proves that each wrongdoer acted under color of law:

2. Each wrongdoer certified that the current IV-D case was established in compliance with title IV-D of the Social Security Act, Pub. L. No. 93-647, 88 Stat. 2351 42 U.S.C. §651 (8/22/1996). However, title 42 the Public Health and Welfare Code is comprised IV-D of the Social Security Act which is editorially compiled and organized into the title, but Title 42 itself has never been enacted into positive law. The distinction is constitutionally significant because a non-positive law title is merely (presumed) evidence of law in contrast to 1 U.S.C. §204 which proves that positive law titles constitute legal evidence of the law in all Federal and State courts. Wherefore, evidence proves that wrongdoers acted under color of law, the appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148.

3. IV-D provisions are not law! Quoting the Federal Acquisition Regulations Section 52.203-12 Limitation on Payments to Influence Certain Federal Transactions. As prescribed in 3.808(b), (a) Definitions; as used in this clause, "Agency" means "executive agency" as defined in Federal Acquisition Regulation (FAR) 2.101. "Covered Federal Action" means any of the following actions: Awarding any Federal Contract; (4) Entering into any cooperative agreement; (5) Extending, continuing, renewing, amending, or mondifying any Federal contract, grant, loan, or "cooperative agreement" -- again IV-D is a cooperative agreement.

4. The word "provision" is legally defined as "foresight" of the "chance" of and "event" happening, sufficient to indicate that any present "undertaking" upon which it's "assumed" realization "might" exert a natural and proper "influence" was "entered" upon in full "contemplation" of it being a future "possibility". (Black's Law 4th Rev. Ed. Pg.1389. See also Appeal of Blake, 95 Conn. 194, 110 A. 833, 834). -- Title IV-D provisions are not law, they operate under the color of law, the appearance or semblance, without the substance, of legal right --

---

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

The events that gave rise to Mark J Stratton's claim occurred at 1200 Franklin Street, Vancouver, Washington. From that point, until current address, concurrenrt events giving rise involved all defendents listed.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

On September 3rd, 2005 the Clerk of the Court of Clark County Washington at 1200 Franklin Street in Vancouver, Washington, sold me a marriage license. However, the Clerk of the Court of Clark County, who was a Constitutional officer, prior to selling me the marriage license, knowingly and blantenly did not afford me my due process by not informing me that if the marriage were not to work out, and if there were children of that marriage, I would automatically owe a debt to the child support agency and if I didn't pay, I would then be subjected to multiple legal consequences. The Clerk of the Court, a constitutional officer, took an oath and was obligated to inform me, give me adequate notice [DUE PROCESS] and disclose the legal consequences by signing the marriage license.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On September 3rd, 2005 Mark J Stratton was denied of due process of law which resulted in deprivation of his secured rights, under the color of law.

Title 28 U.S.C. §3002(15)(A)(B)(C) proves that the United States is a Federal Corporation, not a Government. OCSE is the federal government agency that oversees the national IV-D program. 31 U.S.C. §102 "executive agency" means a department, agency, or instrumentality in the executive branch of the United States Government. Quoting Section 8 Federal Child Support Enforcement p.47, "However, every federal agency is responsible for responding to a State IV-D program as if the federal agency were a private business." 42 U.S.C. §3122(5) the term "federal agency" means a department, agency, or instrumentality of the United States.

A federal corporation operating within a State is considered a domestic corporation rather than a foreign corporation. The United States government is a foreign corporation with respect to a state, that is the law. "19 Corpus Juris Secundum Corporations, §883. Quoting Sec. 8 Child Support Enforcement p.47 "As under prior law, "federal employees" are subject to income withholding and other actions taken against them by IV-D agencies in the State. IV-D claims are given priority in the allocation of "federal employee" income.

Mark J Stratton is not a "federal employee" as defined under 26 C.F.R. §31.340(c)-1 Employee: the term employee includes officers and employees, whether elected or appointed, of the United State, a Federal State, territory, Puerto Rico or any other political subdivision, thereof, the District of Columbia, or any other agency or instrumentality of any of the foregoing. The term also includes an officer of a corporation.

The word "federal employee" is clear and free from all ambiguity, and its definition cannot be disregarded under the pretext of pursuing its spirit. The rules of statutory construction conclude that what is not explicitly included is purposefully excluded. "Expresio unius est exclusion alterius" -- a maxim of statutory interpretation meaning the expression of one thing is the exclusion of another. Becker v. United States, 451 U.C. 1306 (1981).

Because Mark J Stratton is not a federal employee, by definition, the administrative proceeding enforced against him was void on its face for lack of jurisdiction. "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U.S. 533. The following definitions and case substantiate Mark J Stratton's claims. Administrative means particularly, having the character of executive or ministerial action. Mauritz v. Schwind, Tex. Civ. App., 101 S.W. 2d 1085, 1090. In this sense, administrative functions or acts are distinguished from such as are judicial, and this was not judicial, this was contractural, that is why this is under the color of law. People v. Austin, 46 N.Y. Supp. 526, 20 App. Div. 1.

Quoting Section 8 Federal Child Support Enforcement p.65, Audits and Financial Penalties, the IV-D program is a "partnership" between the federal government and the States. A partnership is an association of two or more "persons" to carry on as co-owners a "business for profit" (Black's Law Rev. 4th Ed. p.1277). Business is an activity or enterprise for a gain, an advantage, which benefits corporatons, organizations or its members (Black's Law Rev. 4th Ed. p.249). Profit is gain realized from business or investment over and above expenditures (Black's Law Rev. 4th Ed. p. 1367).

The wrongdoers entered into a 31 U.S.C. §6305 contract with OCSE which now allows them to offer and sell IV-D services in return for a share of billions in profits. Quoting Section 8 Federal Child Support Enforcement p.11 States [must] have plans, approved by the director of OCSE, which set forth the details of their IV-D program; p.65, Failure of a State to have an approved IV-D plan will result in loss of both IV-D and IV-A profits. [NO CONTRACT - NO PROFITS]

See; www.govinfo.gov/content/pkg/GPO-CPRT-108WPRT108-6/pdf/GPO-CPRT-108WPRT108-6-2-8.PDF; "States still make a "profit" on their child support program. States are free to spend the State "share" of collections in any manner the State sees fit."

At face value, the terms profit, share, and costs prove that the wrongdoers are seeking to make as much money as possible. IV-D profits are gained from "customer" commonly referred to as custodial and non-custodial "pa-rents" as factually stated on both Oregon and California's Child Support IV-D websites. A customer is a buyer, purchaser, or patron.

The existence of the U.S. HHS "customer" service plan, the web-based child support customer service for parents promising practice guide and the wrongdoers website which all boasts "customer" service proves that the IV-D program is in fact a private for-profit business that offers and sells IV-D services to "customers". The OCSE required the State to reassess its website and consider ways in which the internet can improve IV-D "customer" service.

Simply stated, Mark J Stratton has a Right to not associate with the Child Support Agency or their contractors, agents, and employees who perform through a fixed contract assigment under federal terms, in contrast to their constitutional creation, duties and limitations. Facial evidence proves that the Child Support Agencies is now compelled to be a customer of the Child Support Agency against my will from which wrongdoers gain substantial profits from subjecting him to depriation of his Rights, Privileges, and Immunities under color of law, and authority, causing him a great deal of emotional stress, significant financial losses, as well as damages to his reputation. In general, Mark J Stratton's freedom of association includes the right to be free from compelled association and is unconstitutionally burdened where the defendants require him to support an espuse ideals or beliefs with which he disagrees.

FRAUDULENT INDUCEMENT:
Wrongdoers while performing under contract, fraudulently induced fraud under Section 403 Grants(a)(5)(C)(iii)(III), to enter into the terms of a personal responsibility contract. Mark J Stratton was also induced into making a commitment to Defendants to cooperate in the payment of IV-D; to participate in employment or related activities so he could make regular payments to the wrongdoers; a commitment to participate in services designed to compel Mark J Stratton to obtain and retain employment and increase his earnings in order to increase their profits; induced under Section 466(a) 42 U.S.C.§666(a)(15)(A)(I) to have procedures to ensure that "if he" owed past-due support he will work or have a plan for payment. Wrongdoers obtained the contract by means of fraud and material misrepresentation, because Mark J Stratton was under no duty to enter into the contract, which is now the key element supporting his claim for fraudulent inducement.

FRAUD:
Wrongdoers did in fact commit fraud, and the essential elements supports Mark J Stratton's fraud claim because wrongdoers; (1) misrepresented the material facts that IV-D was for the best interest of children and custodial parents, and creates a federal right and entitlement to IV-D services, and needy families with children were the intended beneficiaries of the satute; (2) wrongdoers knew the misrepresentations were false, because IV-D was only created to benefit the state treasury; (3) Mark J Stratton justifiably relied on the misrepresentations; and (4) actual damages and losses was the result from his reliance in the misrepresentations.

DISSEMINATION OF FALSE ADVERTISEMENTS:
IV-D provision fo restablishment and enforcement services for both welfare and non-welfare families requires defendants to publicize frequently, through public service announcements, the availability of IV-D services. Defendants deprived Mark J Stratton of his Rights through 15 U.S.C. §52 by knowingly and intentionally disseminating false advertisements; (a) It was unlawful for the Defendants to disseminate, and cause to be disseminated, the false advertisements and did so (1) by United States mails, and various other means for the purpose of inducing, or which is likely to induce, directly or indirectly the purchase of IV-D "services"; and (2) By any means, for the purpose of inducing, which was likely to induce, directly or indirectly, the purchase IV-D services, and (b) the dissemination and the causing to be disseminated the false advertisement within the provisions of subsection (a) of this section was an unfair and decptive act.

COMPELLED USE OF A SOCIAL SECURITY NUMBER:

45 C.F.R. contractors performing under the Social Security Act 42 U.S.C. §666(a)(13) compelled the disclosure of the SSN held by Mark J Stratton to obtain benefits from certain U.S. agencies for the sole purpose of hunting and tracking him down like an animal to compel him under threat, duress, and under coercion to succeed to the status of a non-custodial pa-rent hereafter defined as a customer in order to establish, modify collections to illegally steal his property and financial assets. Pursuant to 42 U.S.C. Chapter 7 Section 408 Penalties (a) In general (8) whoever compels the disclosure of the social security number in violation of the laws of the United States shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both.

PEONAGE:
The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

WHEREFORE, because wrongdoers acted fraduently and with reckless malice for profit, to set right the above unconstitutional deprivations, this court must enter judgement in Mark J Stratton's favor to terminate the current private for profit contracturally enforced IV-D Case effective immediately to end the deprivations of his Rights, Privileges, and Imuunities so secured; enter judgment in his favor for a full refund of $189,947, accompanied with the State's 66 percent profit of $125,365 and $430,944 County's 34 percent share of federal profits at 6 percent compound interest for the duration of each IV-D case; remove any all negative reporting to all credit bureau's affecting his private person and professional credit reputation; $15,000 against each wrongdoer for the cost of this action, lost time at work; enter judgment in his favor for punitive damages for the deprivations and violations of his secured Rights, Privileges and Immunites in the amount of $2,000,000 against each wrongdoer for actual general, special compensatory damages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          March 5th, 2019

Signature of Plaintiff

Printed Name of Plaintiff    Mark J Stratton

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

|  |  |  |  |
|---|---|---|---|
| Address | 1207 Floribunda Avenue, Apt. #1 | | |
| | Burlingame | CA | 94010 |
| | *City* | *State* | *Zip Code* |
| Telephone Number | 650-483-4388 | | |
| E-mail Address | first4minutes@gmail.com | | |